UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Latonia Daily

Case No.: 05 B 45201
Chapter: 7

Debtor(s) | Judge Bruce W. Black (Joliet)

## ORDER MODIFYING THE AUTOMATIC STAY

**THIS CAUSE** coming to be heard on the motion of NISSAN MOTOR ACCEPTANCE CORPORATION, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**
(1) Creditor's motion is granted and pursuant to 11 U.S.C. Section 362(d), that NISSAN MOTOR ACCEPTANCE CORPORATION its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to take possession of and foreclose its security interest in a certain 2004 Nissan Maxima motor vehicle, V.I.N. No. 1N4BA41E44C858850;

(2) Rule 4001(a)(3) is not applicable and NISSAN MOTOR ACCEPTANCE CORPORATION may immediately enforce and implement this order granting relief from the automatic stay.

08 SEP 2006

DATED:_____

ENTER:

Bruce W. Black

UNITED STATES BANKRUPTCY JUDGE

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-06-A184)**